UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WHALECO INC.<br><br>*Plaintiff*,<br><br>v.<br><br>SHEIN US SERVICES, LLC, SHEIN DISTRIBUTION CORPORATION, and ROADGET BUSINESS PTE. LTD.<br><br>*Defendants*. | No. 1:23-CV-11596 (DJC) |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Shein US Services, LLC, Shein Distribution Corporation, and Roadget Business PTE. LTD. ("Defendants"), through their undersigned counsel, hereby file this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Roadget is a private Singapore Company with no publicly held affiliates, and no publicly held corporation owns 10% or more of Roadget's stock.

Shein US Services, LLC is a Delaware corporation whose indirect operating parent is Roadget Business PTE. LTD., and no publicly held corporation owns 10% or more of Shein US Services, LLC's stock.

Shein Distribution Corporation is a Delaware corporation whose indirect operating parent is Roadget Business PTE. LTD., and no publicly held corporation owns 10% or more of Shein Distribution Corporation's stock.

Respectfully submitted,

DATED: August 16, 2023
Boston, Massachusetts

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Harvey J. Wolkoff
Harvey J. Wolkoff (BBO# 532880)
Immanuel Foster (BBO# 692521)
Michelle Wang (BBO# 709803)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax : (617) 712-7200
harveywolkoff@quinnemanuel.com
immanuelfoster@quinnemanuel.com
michellewang@quinnemanuel.com

*Attorneys for Defendants Shein US Services, LLC, Shein Distribution Corporation, and Roadget Business PTE. LTD.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was filed on August 16, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 16, 2023                                                    /s/ *Harvey J. Wolkoff*
                                                                                               Harvey J. Wolkoff