**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WHALECO INC. *Plaintiff*, v. SHEIN US SERVICES, LLC, SHEIN DISTRIBUTION CORPORATION, and ROADGET BUSINESS PTE. LTD. *Defendants*. | No. 1:23-CV-11596 (DJC) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO THE FIRST AMENDED COMPLAINT**

On October 2, 2023, Plaintiff Whaleco Inc. ("Plaintiff") filed its First Amended Complaint ("FAC") pursuant to the parties' stipulation entered by the Court (Dkt. No. 44). On October 18, 2023, the Court entered the parties' stipulation to extend time to respond to the FAC and ordered Defendants Shein US Services, LLC, Shein Distribution Corporation, and Roadget Business Pte. Ltd. (together, "Defendants") to respond to the FAC by October 30, 2023, and Plaintiff to respond to any filing made by Defendants by November 29, 2023 (Dkt. No. 47).

Plaintiff and Defendants, having conferred, agree to further extend time to respond to the FAC. The parties hereby agree and stipulate that Defendants will have until November 6, 2023 to respond to the FAC, and Plaintiff will have until December 6, 2023 to respond to any filing made by Defendants in response to the FAC.

Pursuant to Federal Rule of Civil Procedure 6(b), the parties respectfully request that this Court enter this stipulation as an order. No party will be prejudiced by the requested extension and the request is not made for the purpose of delay or any other improper purpose.

Respectfully submitted,

DATED: October 24, 2023
Boston, Massachusetts

By: /s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO# 532880)
Immanuel Foster (BBO# 692521)
Michelle Wang (BBO# 709803)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax : (617) 712-7200
harveywolkoff@quinnemanuel.com
immanuelfoster@quinnemanuel.com
michellewang@quinnemanuel.com

Michael E. Williams (admitted pro hac vice)
Kevin Teruya (admitted pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
michaelwilliams@quinnemanuel.com
kevinteruya@quinnemanuel.com

*Attorneys for Defendants Shein US Services, LLC, Shein Distribution Corporation, and Roadget Business PTE. LTD.*

/s/ *Kevin C. Adam*
Kevin C. Adam (BBO #684955)
WHITE & CASE LLP
24th Floor
75 State Street
Boston, MA 02109
Telephone: (978) 836-6363
kevin.adam@whitecase.com

Jack E. Pace III (admitted pro hac vice)
Holly Tao (admitted pro hac vice)
Zhengping Lu (admitted pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8520
Fax: (212) 354-8113
jpace@whitecase.com
holly.tao@whitecase.com
zhengping.lu@whitecase.com

J. Mark Gidley (admitted pro hac vice)
WHITE & CASE LLP
Washington, DC 20005
New York, NY 10036
Telephone: (202) 626-3609
Fax: (202) 639-9355
mgidley@whitecase.com

SHAPIRO HABER & URMY LLP
Edward F. Haber (BBO# 215620)
One Boston Place, Suite 2600
Boston, MA 02108
(617) 439-3939
(617) 439-0134
ehaber@shulaw.com

BOIES SCHIILLER FLEXNER LLP
Philip C. Korologos
(admitted pro hac vice)
55 Hudson Yards
20th Floor
New York, NY 10001
(212) 446-2300
(212) 446-2350 (fax)
pkorologos@bsfllp.com

James P. Denvir
(admitted pro hac vice)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
(202) 237-6131 (fax)
jdenvir@bsfllp.com
Sean P. Rodriguez

3

(admitted pro hac vice)
44 Montgomery Street
41st Floor
San Francisco, CA 94104
(415) 293-6800
(415) 293-6899 (fax)
srodriguez@bsfllp.com

*Counsel for Plaintiff Whaleco Inc.*

IT IS SO ORDERED.


Date: October \_\_\_, 2023

                                                                                                    Hon. Denise J. Casper, U.S.D.J.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was filed on October 24, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 24, 2023

                                                /s/ *Harvey J. Wolkoff*