UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WHALECO INC., <br><br>　　　　　　　Plaintiff, <br><br> v. <br><br> SHEIN US SERVICES, LLC, SHEIN DISTRIBUTION CORPORATION, and ROADGET BUSINESS PTE. LTD., <br><br>　　　　　　　Defendants. | Case No. 1:23-cv-11596 (DJC) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Whaleco Inc. and Defendants Shein US Services, LLC, Shein Distribution Corporation, and Roadget Business Pte. Ltd. hereby stipulate to the dismissal, without prejudice, of the above-captioned action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED:   October 26, 2023

<table>
<tr>
<td>

<u>/s/ Kevin C. Adam</u><br>
Kevin C. Adam (BBO #684955)<br>
WHITE & CASE LLP<br>
24th Floor<br>
75 State Street<br>
Boston, MA 02109<br>
Telephone: (978) 836-6363<br>
kevin.adam@whitecase.com

</td>
<td>

<u>/s/ Harvey J. Wolkoff</u><br>
Harvey J. Wolkoff (BBO# 532880)<br>
Immanuel Foster (BBO# 692521)<br>
Michelle Wang (BBO# 709803)<br>
QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>
111 Huntington Avenue, Suite 520<br>
Boston, MA 02199<br>
Tel: (617) 712-7100<br>
Fax: (617) 712-7200<br>
harveywolkoff@quinnemanuel.com<br>
immanuelfoster@quinnemanuel.com<br>
michellewang@quinnemanuel.com

</td>
</tr>
</table>

1

Jack E. Pace III (admitted *pro hac vice*)
Holly Tao (admitted *pro hac vice*)
Zhengping Lu (admitted *pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8520
Fax: (212) 354-8113
jpace@whitecase.com
holly.tao@whitecase.com
zhengping.lu@whitecase.com

J. Mark Gidley (admitted *pro hac vice*)
WHITE & CASE LLP
Washington, DC 20005
New York, NY 10036
Telephone: (202) 626-3609
Fax: (202) 639-9355
mgidley@whitecase.com

SHAPIRO HABER & URMY LLP
Edward F. Haber (BBO# 215620)
One Boston Place, Suite 2600
Boston, MA 02108
(617) 439-3939
(617) 439-0134
ehaber@shulaw.com

BOIES SCHIILLER FLEXNER LLP
Philip C. Korologos (admitted *pro hac vice*)
55 Hudson Yards
20th Floor
New York, NY 10001
(212) 446-2300
(212) 446-2350 (fax)
pkorologos@bsfllp.com

James P. Denvir (admitted *pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
(202) 237-6131 (fax)
jdenvir@bsfllp.com

Sean P. Rodriguez (admitted *pro hac vice*)
44 Montgomery Street

Michael E. Williams (admitted *pro hac vice*)
Kevin Teruya (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100
michaelwilliams@quinnemanuel.com
kevinteruya@quinnemanuel.com

*Counsel for Defendants Shein US Services, LLC, Shein Distribution Corporation, and Roadget Business PTE. LTD.*

41st Floor
San Francisco, CA 94104
(415) 293-6800
(415) 293-6899 (fax)
srodriguez@bsfllp.com

*Counsel for Plaintiff Whaleco Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was filed on October 26, 2023, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 26, 2023

                                            /s/ *Kevin C. Adam*